LEWIS BRISBOIS BISGAARD & SMITH LLP
ANNIE VERDRIES, SB#91049
  Email: Annie.Verdries@lewisbrisbois.com
650 Town Center Drive, Suite 1400
Costa Mesa, California 92626
Telephone: 714.545.9200
Facsimile: 714.850.1030

Attorneys for Movant, Marten Transport Ltd.

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>JUAN MANUEL MARTINEZ and KIMBERLY JOLENE MARTINEZ,<br><br>Debtors. | CASE NO. 15-25760<br><br>DC No. AV-1<br><br>Chapter 13<br><br>**ORDER GRANTING MOVANT'S MOTION FOR RELIEF FROM AUTOMATIC STAY UNDER 11 U.S.C. § 362 TO PROCEED WITH AN ACTION PENDING IN A NON-BANKRUPTCY FORUM FILED BY MARTEN TRANSPORT LTD.**<br><br><u>Hearing</u><br><u>Date</u>: December 22, 2015<br>**Time:** 10:00 a.m.<br>**Place:** Courtroom 34<br>501 I Street, 6th Floor<br>Sacramento, CA |

**TO THE HONORABLE ROBERT S. BARDWIL, DEBTORS, CHAPTER 13 TRUSTEE, OTHER INTERESTED PARTIES, AND/OR THEIR COUNSEL:**

The Motion for Relief from the Automatic Stay Under 11 U.S.C. § 362 to Proceed with an Action Pending in a Non-Bankruptcy Forum (the "Motion") filed by Marten Transport, Ltd. (the "Movant") came on regularly for hearing after due and proper notice on December 22, 2015, at 10:00 a.m., in Courtroom 34 of the above-entitled Court, the Honorable Robert S. Bardwil, United States Bankruptcy Judge, presiding. Appearances were as stated on the record.

/ / /

RECEIVED
January 06, 2016
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0005704226

Case 15-25760    Filed 01/06/16    Doc 65

1  The Court, having considered the Motion and the arguments of counsel at the hearing and
2  other pleadings and records on file in this bankruptcy case, and good cause appearing therefor,
3  IT IS HEREBY ORDERED that the Motion is granted ~~in its entirety~~ as provideed in this order.
4  IT IS FURTHER ORDERED that the automatic stay is vacated as to Movant to proceed
5  with the State Court Action and liquidate claims with any recovery limited to available insurance
6  coverage; and
7  IT IS FURTHER ORDERED that Movant is allowed to proceed under applicable non-
8  bankruptcy law to enforce their remedies to proceed to final judgment in the non-bankruptcy
9  forum, provided that the stay remains in effect with respect to enforcement of any judgment
10 against Debtors or estate property but allowed to proceed as to any available insurance coverage;
11 and

12 ~~IT IS FURTHER ORDERED that the order shall be binding and effective despite any~~
13 ~~conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United~~
14 ~~States Code; and~~

15 IT IS FURTHER ORDERED that the fourteen (14) day stay provided for in FRBP
16 4001(a)(3) is waived.

Dated: January 06, 2016

*Robert Bardwil*
Robert S. Bardwil, Judge
United States Bankruptcy Court

4830-4942-8268.1

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW